UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD<br><br>Applicant,<br><br>v.<br><br>BAKERY, CONFECTIONERY & TOBACCO WORKERS INTERNATIONAL UNION, LOCAL 125<br><br><br>Respondents. | Case No. 08-80260 MISC SBA<br><br><br><br>ORDER TO SHOW CAUSE |

    The National Labor Relations Board (herein called the Board), by its General Counsel, and by William A. Baudler, Regional Attorney for Region 32, has applied for an order directing Bakery, Confectionery & Tobacco Workers International Union, Local 125 (herein called Respondent Local 125) to obey a subpoena *duces tecum;* requiring David Cheong and Donna Scarano (herein called Respondents Cheong and Scarano), to obey subpoenas *ad testificandum*. Having shown good cause,

    IT IS ORDERED that Respondent Local 125 appear before this Court at the United States Court House in Oakland, California on the **Twelfth day of May, 2009 at 1:00 p.m**., or as soon thereafter as Counsel can be heard, and then and there show cause why, if any there be, an order should not issue directing Respondent Local 125's custodian of records to appear before a Board agent at such time and place as the Board agent may designate, and there and then to produce the documents requested in subpoena *duces tecum* No. B-630305, and to answer, through sworn affidavit or deposition, at the discretion of the Regional Director of Region 32 of the Board, any and all questions relevant and material to the subpoenaed documents relating to the proceedings before the Board in Board Case 32-CB-6470 now pending before the Board pursuant to Section 10 of the National Labor Relations Act, as amended [29 U.S.C. § 151 et seq.];

IT IS FURTHER ORDERED that Respondents Cheong and Scarano appear before this Court at the United States Court House in Oakland, California on the **Twelfth day of May, 2009 at 1:00 p.m.**, or as soon thereafter as Counsel can be heard, and then and there show cause why, if any there be, an order should not issue directing that Respondents Cheong and Scarano appear before a Board agent at such time and place as the Board agent may designate, and there testify and answer, through sworn affidavit or deposition, at the discretion of the Regional Director of Region 32 of the Board, any and all questions relevant and material to the matters under investigation and in question in the proceedings before the Board in Board Case 32-CB-6470, now pending before the Board pursuant to Section 10 of the National Labor Relations Act, as amended [29 U.S.C. § 151 et seq.], as required by subpoenas *ad testificandum* No. A-810724 and A-810725.

IT IS FURTHER ORDERED that Respondent Local 125 and Respondents Cheong and Scarano file an answer to the Application with the Clerk of this Court and serve copies thereof upon Applicant at its office located at 1301 Clay Street, Oakland, California, 94612 on or before the **21st day of April, 2009**. Applicant's reply, if any, is due on or before the **28th day of April, 2009**; and

IT IS FURTHER ORDERED that service of copies of this Order and the Application upon which it is issued be made without delay upon Respondents, in any manner provided in the Federal Rules of Civil Procedure by a United States Marshall, by an individual employed by the National Labor Relations Board, or an individual designated by the National Labor Relations Board, in accordance with Rule 4(c) of the Federal Rules of Civil Procedure, and that proof of such service be filed herein.

IT IS SO ORDERED.

March 16, 2009                                              _____
                                                            UNITED STATES DISTRICT JUDGE